J. Michael Brown #38995
Law Office of J. Michael Brown
4115 Blackhawk Plaza Circle, Suite 100
Danville, CA 94S06
Telephone: 920-484-2200
E-Mail: jmb@mbrown-law.com

Attorney for Plaintiff Brian Elledge

UNITED STAIBS DISTRICT COURT

EA IBRN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ELLEDGE,<br><br>   Plaintiffs,<br><br>   vs.<br><br>COUNTY OF SAN JOAQUIN, JOHN CANEPE, BRIAN MERRIT, DOES ONE TROUGH TEN,<br><br>   Defendants. | Case-No.  2:23-cv-02288-JAM-DB<br><br>Judge: Hon. John A. Mendez<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT**<br>**(ECF No. 22)** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that plaintiff may file an amended complaint as described herein, a copy of which is attached hereto.

The amended complaint shall delete all allegations that the conduct of the deputy sheriffs were willful, wanton and malicious and delete all .references to or claims for punitive damages.

   2. The amended complaint shall delete all

Stipulation and Order to     Page 1
Amend Complaint

allegations of unconstitutional practices and policies of the defendant County of San Joaquin.

3. The amended complaint shall delete all allegations that the acts of the deputies were under the orders and control of the County of San Joaquin.

4. The amended complaint shall not seek to amend the fourth cause of action which alleges intentional infliction of injury.

5, IT IS FURTHER STIPULATED by and between the parties that if future discovery discloses facts to support any allegations being deleted pursuant to this stipulation, the plaintiff may move the Court for an order to amend the complaint to reallege the allegations that are removed pursuant to this stipulation.

6. IT IS FURTHER STIPULATED that the defendants waive any notice and service of the amended complaint and shall not be required to further answer the amended complaint and that all denials, responses and affirmative defenses contained in the original answer filed by defendants to the original complaint shall be responsive to the amended complaint.

Dated: July 30, 2024.

/S/ *J. Michael Brown*
Attorney for Plaintiff

Dated: August 14, 2024

/S/ *Mark E. Berry*
Atorney for Defendants

**ORDER**

Pursuant to the stipulation of the partes, IT IS HEREBY ORDERED:

Plaintiff may amend the complaint herein as follows:

1. The amended complaint shall delete all allegations that the conduct of the deputy sheriffs were willful, wanton and malicious and delete all references to or claims for punitive damages.

2. The amended complaint shall delete all allegations of unconstitutional practices and policies of the defendant County of San Joaquin.

3. The amended complaint shall delete all allegations that the acts of the deputies we e under the orders and control of the County of San Joaquin.

*4.* The amended complaint shall not seek to amend the fourth cause of action which alleges intentional infliction of

IT IS FURTHER ORDERED that if future discovery discloses facts to support any allegations being deleted pursuant to this stipulation, the plaintiff may move the Court for an order to amend the complaint to reallege the allegations that are removed pursuant to this stipulation.

IT **IS FURTHER ORDERED** that the defendants **MAY waive** any notice and service of the amended complaint and shall not be required to further answer the amended complaint and that

all denials, responses and affirmative defenses contained in any original answer filed by defendants to the original complaint shall be responsive to the amended complaint.

**The Proposed First Amended Complaint (ECF No. 22-1) shall be filed within seven (7) days of this Order, and Defendant's responsive pleading is due thirty (30) days thereafter.**

Dated: August 23, 2024     /s/ John A. Mendez
　　　　　　　　　　　　　　 THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　 SENIOR UNITED STATES DISTRICT JUDGE