1  **MAYALL HURLEY, P.C.**
   A Professional Corporation
2  112 South Church Street
   Lodi, California 95240
3  Telephone: (209) 477-3833
   MARK E. BERRY, ESQ.
4  CA State Bar No. 155091

5  Attorneys for Defendants,
   COUNTY OF SAN JOAQUIN,
6  JOHN CANEPA, and BRIAN MERRITT

7  **LAW OFFICE OF J. MICHAEL BROWN**
   4115 Blackhawk Plaza Circle, Ste.100
8  Danville, CA 94506
   Telephone: (920) 484-2200
9  J. MICHAEL BROWN, ESQ.

10 Attorneys for Plaintiff,
   BRIAN ELLEDGE

11

                    **UNITED STATES DISTRICT COURT**
12
                **FOR THE EASTERN DISTRICT OF CALIFORNIA**
13

14 | BRIAN ELLEDGE, | ) Case No. 2:23-cv-02288-JAM-SCR |
   |                | ) |
15 |       Plaintiff, | ) [ASSIGNED FOR ALL PURPOSES TO THE HON. JOHN A. MENDEZ] |
   |                | ) |
16 | vs.            | ) **FIRST STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
   |                | ) |
17 |                | ) |
   | COUNTY OF SAN JOAQUIN, JOHN CANEPA, BRIAN MERRITT, | ) |
18 |                | ) Complaint filed: March 27, 2023 |
   |                | ) |
19 |       Defendants. | ) |
   |                | ) |
20 |                | ) |

_____
Page 1
FIRST STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

1    HAVING MET AND CONFERRED, THE PARTIES STIPULATE TO THE
2    FOLLOWING:
3    WHEREAS, the parties participated in an early settlement conference with Hon. Dennis
4    M. Cota on August 11, 2025. The case did not settle but the parties have agreed to an additional
5    settlement conference which has been scheduled for January 21, 2026. A copy of the Minute
6    Order. Document 37, is attached as Exhibit No. One.
7    WHEREAS Rule 26 expert disclosures are due on August 29, 2025
8    WHEREAS, the parties put off disclosure of experts until after the settlement conference
9    of the August 11, 2025, settlement conference to avoid the considerable expense of Rule 26
10   reports until after the settlement conference.
11   WHEREAS, the parties have met and conferred and have agreed to extend all discovery
12   deadlines by 30 days.
13   IT IS SO STIPULATED.

DATED: August 27, 2025                    **LAW OFFICE J. OF MICHAEL BROWN**

By _____/s/ J. Michael Brown_____
J. MICHAEL BROWN
Attorney for Plaintiff
BRIAN ELLEDGE

DATED: August 27, 2025                    **MAYALL HURLEY, P.C.**

By _____s/s Mark E. Berry_____
MARK E. BERRY
Attorney for Defendant
COUNTY OF SAN JOAQUIN

_____
Page 2
FIRST STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

## ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| Event | New Deadline |
|---|---|
| Discovery Cutoff Date | **12/05/2025** |
| Disclosure of Expert(s) Deadline | **10/10/2025** |
| Supplemental Disclosure Deadline | **10/24/2025** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | **02/06/2026** |
| Dispositive Motion Hearing | **04/07/2026, at 01:00 p.m.** |
| Joint Pretrial Statement Filing Deadline | Seven (7) days prior to the final pretrial conference |
| Final pretrial conference | **06/05/2026, at 10:00 a.m.** |
| Jury Trial | **07/20/2026, at 9:00 a.m.** |

All other instructions contained in the January 24, 2025 Pretrial Scheduling Order (ECF No. 30) shall remain in effect.

IT IS SO ORDERED.

August 28, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE