1  **LAW OFFICE OF J. MICHAEL BROWN**
   4115 Blackhawk Plaza Circle, Ste.100
2  Danville, CA 94506
   Telephone: (920) 484-2200
3  J. MICHAEL BROWN, ESQ.

4  Attorneys for Plaintiff,
   BRIAN ELLEDGE
5

6  **MAYALL HURLEY, P.C.**
   A Professional Corporation
7  112 South Church Street
   Lodi, California 95240
8  Telephone: (209) 477-3833
   MARK E. BERRY, ESQ.
9  CA State Bar No. 155091

10 Attorneys for Defendants,
   COUNTY OF SAN JOAQUIN,
11 JOHN CANEPA, and BRIAN MERRITT

12

13                 UNITED STATES DISTRICT COURT

14            FOR THE EASTERN DISTRICT OF CALIFORNIA

15 | BRIAN ELLEDGE, | Case No. 2:23-cv-02288-JAM-SCR |
16 | Plaintiffs, | [ASSIGNED FOR ALL PURPOSES TO THE HON. JOHN A. MENDEZ] |
17 | vs. | |
18 | COUNTY OF SAN JOAQUIN, JOHN CANEPA, BRIAN MERRITT, and DOES 1-20, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERTS** |
19 | | |
20 | Defendants. | Complaint filed: March 27, 2023 |

1    HAVING MET AND CONFERRED, THE PARTIES STIPULATE TO THE
2    FOLLOWING:

3    WHEREAS Rule 26 expert disclosures are due on October 10, 2025.

4    WHEREAS, because Plaintiff's counsel, J. Michael Brown, has been unable to transmit
5    all the necessary documents to Plaintiff's expert, Scott DeFoe, because of a computer
6    malfunction, Plaintiff cannot meet the deadline for disclosure of expert witnesses.

7    WHEREAS Plaintiff is in the process of manually delivering all of the documents needed
8    by Plaintiff's expert.

9    WHEREAS, the parties have met and conferred and have agreed to extend the deadline
10   for disclosure of expert witnesses for one week until October 17, 2025, and Extend the deadline
11   for supplemental disclosure of expert witnesses until October 24, 2025.

12   IT IS SO STIPULATED.

DATED: October 8, 2025

**LAW OFFICE J. OF MICHAEL BROWN**

By    /s/ *J. Michael Brown*
       J. MICHAEL BROWN
       Attorney for Plaintiff
       BRIAN ELLEDGE

DATED: October 8, 2025        **MAYALL HURLEY, P.C.**

By    *s/s Mark E. Berry*
       MARK E. BERRY
       Attorney for Defendant
       COUNTY OF SAN JOAQUIN

**ORDER**

Having read and reviewed the stipulation of the parties and good cause being found, the Court grants the parties' request for an extension to the pretrial scheduling order.

It is ordered that all the last day to disclose expert witnesses shall be **CONTINUED** to **October 17, 2025**, and the deadline for supplemental disclosure of expert witnesses shall be **EXTENDED** to **October 24, 2025**.  Otherwise

Any other hearing dates and deadlines previously set in the Stipulation and Order (ECF No. 39) and all other instructions contained in the Pretrial Scheduling Order (ECF No. 30) shall remain in effect.

Dated:  October 14, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE